## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **1. ROBERT TERRY,** | |
|        **Plaintiff,** | |
| **v.** | **Case No. CIV-17-1169-W** |
| **1. WAL-MART ASSOCIATES,**<br>    **INC., and**<br>**2. WAL-MART STORES, INC.,**<br>**3. WAL-MART STORES EAST, L.P.** | |
|        **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Terry and Defendants, Wal-Mart Associates, Inc., Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., by and through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice as to all claims and causes of action brought in this case or that would have been brought in this case by Plaintiff.  The parties further stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,


**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By:

*s/Steven A. Broussard*_____
Steven A. Broussard, OBA #12582
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  sbroussard@hallestill.com

**ATTORNEYS FOR DEFENDANTS, WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., AND WAL-MART STORES EAST, L.P.**

**-AND-**

*s/Shannon C. Haupt\**_____
Jana B. Leonard, OBA #17844
Shannon C. Haupt, OBA #18922
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, OK  73139
Telephone: 405-239-3800
Facsimile:  405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net

**ATTORNEYS FOR PLAINTIFF**

*\*Signed by filing attorney with permission from opposing counsel.*

3720978.1:910176:02341

2